LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LORRI C. WOLFRIES, AKA LORRI<br>CYNTHIA WOLFRIES,<br><br>                    Defendant | No. CV A 12-2820<br><br>CONSENT JUDGMENT |

       Pursuant to the above stipulation of the parties,

Judgment is hereby entered in favor of Plaintiff, UNITED

STATES OF AMERICA, against Defendant, Lorri C. Wolfries, aka

Lorri Cynthia Wolfries, in the principal amount of $2,815.53

plus interest accrued to March 26, 2012, in the sum of

$4,339.72; with interest accruing thereafter at 8% annually

until entry of judgment, for a total amount of  $**7,155.25**.


DATED: 5/31/12                    By: ___TERRY NAFISI___
                                      Clerk of the Court
                                      _____
                                      Deputy Clerk
                                   United States District Court