LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12-2820 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| LORRI C. WOLFRIES, AKA LORRI CYNTHIA WOLFRIES, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lorri C. Wolfries, aka Lorri Cynthia Wolfries, in the principal amount of $2,815.53 plus interest accrued to March 26, 2012, in the sum of $4,339.72; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of $7,155.25.

DATED: 5/31/12                By: _____TERRY NAFISI_____
                                   Clerk of the Court

                                   _____
                                   Deputy Clerk
                                   United States District Court